B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Fu, Eugene | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9680 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>401 E. Ontario Street<br>Unit 2208<br>Chicago, IL                    ZIP Code 60611 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Fu, Eugene |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fu, Eugene |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Eugene Fu*
Signature of Debtor  Eugene Fu

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

December 20, 2010
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X */s/ Steve Chaiken*
Signature of Attorney for Debtor(s)

Steven B. Chaiken, Esq. ARDC #6272045
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604

Address

312-435-1050  Fax: 312-435-1059
Telephone Number

December 20, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Eugene Fu                                                                                               Case No. _____
                                          Debtor(s)                                                             Chapter    7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                         Eugene Fu

Date:    December 20, 2010

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

Certificate Number: 01356-ILN-CC-013284640



01356-ILN-CC-013284640

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 13, 2010, at 12:09 o'clock PM EST, Eugene Fu received from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   December 13, 2010           By:     /s/Tapekia Gear

                                    Name:   Tapekia Gear

                                    Title:  Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Northern District of Illinois

In re: Eugene Fu, Debtor(s)

Case No. _____
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 122

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: December 20, 2010

Eugene Fu
Signature of Debtor

```
4918 South Indiana LLC
212 E. Ohio St., Suite 200
Chicago, IL 60611


Aleana Jackson
9050 S. Escanaba Ave., Unit 1B
Chicago, IL 60617


American Express
P.O. Box 297812
Fort Lauderdale, FL 33329


American Express
World Financial Center
200 Vesey Street
New York, NY 10285


Andrea Ledbetter
5929 S. Pairie Ave., 2nd Floor
Chicago, IL 60637


Angela Howard
6147 S. Sacramento Ave.
Chicago, IL 60629


Anissa Allen
4729 S. Langley Ave.
3rd Floor
Chicago, IL 60615


Anthony Jackson
5929 S. Pairie Ave., 2nd Floor
Chicago, IL 60637


BAC Home Loan Servicing, Inc.
c/o Dennis Bell - Registered Agent
509 Vienna St.
Metropolis, IL 62960


BAC Home Loans Servicing, LP
c/o Ernest J. Codilis, Esq.
15W030 N. Frontage Road
Burr Ridge, IL 60527
```

BAC Home Loans Servicing, LP
7105 Corporate Drive
Plano, TX 75024


BAC Home Loans Servicing, LP
P.O. Box 961206
Fort Worth, TX 76161-0206


BAC Home Loans Servicing, LP
c/o Pierce & Associates
1 N. Dearborn Street
Suite 1300
Chicago, IL 60602


Bank New York Mellon
200 W. Monroe St., #1590
Chicago, IL 60606-5015


Bank New York Mellon
c/o Pierce & Associates
1 N. Dearborn St., Suite 1300
Chicago, IL 60602


Bank of America, N.A.
135 S. LaSalle St.
Chicago, IL 60603


Bank of America, N.A.
P.O. Box 5170
Simi Valley, CA 93062


Bank of America, N.A.
P.O. Box 53132
Phoenix, AZ 85027


Bank of America, N.A.
P.O. Box 2493
Norfolk, VA 23501


Bank of America, N.A.
P.O. Box 15019
Wilmington, DE 19850

BMW Bank of North America
5550 Britton Parkway
Hilliard, OH 43026


Brian Wagner
1003 N. Kingsbury
Chicago, IL 60610


Bridgeview Bank Group
4735 N. Broadway St.
Chicago, IL 60640-5266


Bridgeview Bank Group
1970 N. Halsted St.
Chicago, IL 60614


Burke Warren MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611


Candance Williams
6402 S. Greenwood Ave.
1st Floor
Chicago, IL 60637


Carrie J. Jones
6208 S. Indiana Ave., Unit 1
Chicago, IL 60637


Carrie R. Jones
6208 S. Indiana Ave., Unit 1
Chicago, IL 60637


Cathryn Gillespie
5336 S. Wabash Ave.
Unit 2
Chicago, IL 60615


Chantel Jones
6208 S. Indiana Ave., Unit 1
Chicago, IL 60637

```
Charlotte English
3336 W. Evergreen Ave.
Unit 1
Chicago, IL 60651


Chase Home Finance LLC
PO Box 100564
Florence, SC 29502-0564


Chase Home Finance LLC
P.O. Box 47020
Doraville, GA 30362-0020


Christine Snodgriss
6402 S. Greenwood Ave.
2nd Floor
Chicago, IL 60637


Citicards
399 Park Avenue
New York, NY 10043


City of Chicago
c/o Markoff Krasny
29 N. Wacker
Suite 500
Chicago, IL 60606


City of Chicago
Department of Revenue
P.O. Box 5676
Chicago, IL 60680


City of Chicago
Department of Revenue/Water Division
P.O. Box 6330
Chicago, IL 60680


Cleystine Lofton
9050 S. Escanaba Ave., Unit 2C
Chicago, IL 60617


Cole Taylor Bank
Business Banking Division
9550 W. Higgins Road
Rosemont, IL 60018
```

Cole Taylor Bank
c/o Rock Fusco LLC
321 N. Clark St.
Suite 2200
Chicago, IL 60610


Cole Taylor Bank
225 W. Washington
Chicago, IL 60606


Collections Services
P.O. Box 4783
Chicago, IL 60680


Commonwealth Edison
440 S. LaSalle St., # 3300
Chicago, IL 60605


Commonwealth Edison
P.O. Box 87522
Chicago, IL 60680


Dan Wells
4810 S. Indiana Ave.
3rd Floor
Chicago, IL 60615


Danette Craig
4810 S. Indiana Ave.
First Floor
Chicago, IL 60615


Darcell Ezell
9050 S. Escanaba Ave., Unit 1A
Chicago, IL 60617


Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Dina Stoner
4815 S. Wabash Ave.
Unit 2
Chicago, IL 60615

Dorothy Conner
6644 S. Winchester Ave.
Chicago, IL 60612


Eboni Glasper
9050 S. Escanaba Ave., Unit 3C
Chicago, IL 60617


Edward Fu
653 N. Kingsbury Ave.
Chicago, IL 60654


EMC Mortgage Corp.
c/o CT Corp. System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


EMC Mortgage Corp.
2780 Lake Vista Drive
Lewisville, TX 75067-3884


EMC Mortgage Corp.
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


EMC Mortgage Corp.
P.O. Box 7589
Springfield, OH 45501-7589


EMC Mortgage Financial, Inc.
c/o Patrick Temesvary - Registered Agent
33 W. Roosevelt Rod.
Lombard, IL 60148


Farmer's Insurance
4680 Wilshire Blvd.
Los Angeles, CA 90010


Francie Jackson
6751 S. Sangamon St.
Unit 2
Chicago, IL 60621

GMAC Mortgage
3451 Hammond Ave.
Waterloo, IA 50702


GMAC Mortgage LLC
P.O. Box 4025
Coraopolis, PA 15108-6942


Gregory Moore
7001 S. Wolcott Ave.
Chicago, IL 60636


Harris Bank, N.A.
111 W. Monroe St.
Chicago, IL 60603


Hasani Steele
1419 W. Chicago Ave., Unit 4
Chicago, IL 60642


HSBC Bank USA, N.A.
One HSBC Center
Buffalo, NY 14203


HSBC Bank USA, N.A.
c/o Pierce & Associates
1 N. Dearborn St., Suite 1300
Chicago, IL 60602


HSBC Bank USA, N.A.
c/o Ernest J. Codilis, Esq.
15W030 N. Frontage Road
Burr Ridge, IL 60527


Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 W. Randloph St.
Chicago, IL 60601


Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515

Illinois Tollway
P.O. Box 5201
Lisle, IL 60532

IMPAC
19500 Jamboree Road
Irvine, CA 92612

Jeff Charles
45 W. 74th Street, Unit 2
Chicago, IL 60621

Joyce Fernandez
9050 S. Escanaba Ave., Unit 2A
Chicago, IL 60617

JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus, OH 43219

JPMorgan Chase Bank, N.A.
1 Bank One Plaza
Chicago, IL 60670

Juan Macon
9050 S. Escanaba Ave., Unit 3A
Chicago, IL 60617

Katanya Banks
4729 S. Langley Ave.
2nd Floor
Chicago, IL 60615

Kimberly Fernando
9050 S. Escanaba Ave., Unit 2D
Chicago, IL 60617

Lakita Williams
5336 S. Wabash Ave.
Unit 1
Chicago, IL 60615

Lashawanda Rocquemore
6751 S. Sangamon St.
Unit 1
Chicago, IL 60621


Lawanda Dean
4729 S. Langley Ave.
1st Floor
Chicago, IL 60615


Lawanda Starks
6208 S. Indiana Ave.
Chicago, IL 60637


Lelia Fields
9050 S. Escanaba Ave., Unit 3D
Chicago, IL 60617


Marie Averhart
5336 S. Wabash Ave.
Basement Unit
Chicago, IL 60615


Mary L. Gardner-Marshall
6348 S. Honore St.
Chicago, IL 60638


Mel Freedman
1414 Wells, Unit 507
Chicago, IL 60610


Ocwen Mortgage Co., LLC
P.O. Box 24737
West Palm Beach, FL 33416


Ocwen Mortgage, LLC
c/o Illinois Corporation Service C
801 Aldai Stevenson Dr.
Springfield, IL 62703


Orkin, LLC
5336 W. 124th Street
Alsip, IL 60803

Orkin, LLC
c/o The Prentice Hall Corporation
33 N. LaSalle St.
Chicago, IL 60602


P & I Financial Group, Inc.
333 Skokie Blvd.
Northbrook, IL 60062


ParkStone Capital Partners, LLC
c/o HFF
9 Greenway Plaza, Suite 700
Attn: Lindsey O'Conor
Houston, TX 77046


Pastel Farrow
4815 S. Wabash Ave.
Unit 1
Chicago, IL 60615


Patria Partners, LLC
18201 Morris Ave.
Homewood, IL 60430


People's Energy
130 E. Randolph St.
Chicago, IL 60601


Perillo BMW
1035 N. Clark St.
Chicago, IL 60610


Peter and Violetta Fu
13819 Longtree Dr.
Little Rock, AR 72212


Professional Mortgage Partners, Inc.
2626 Warrenville Road, #200
Downers Grove, IL 60515


RCN Telecom Services
1000 Baltimore Dr.
Wilkes Barre, PA 18702

RCN Telecom Services
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Real Time Resolutions
1750 Regal Row
Suite 120
Dallas, TX 75235


Rhonda Rocquemore
6751 S. Sangamon St.
Chicago, IL 60621


Rosalyn Parks-Gonnigan
6402 S. Greenwood Ave.
3rd Floor
Chicago, IL 60637


Sandra Wilson
3336 W. Evergreen Ave.
Unit 3
Chicago, IL 60651


Select Portfolio Servicing, Inc.
Illinois Corporation Service C
801 Aldai Stevenson Dr.
Springfield, IL 62703


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165


Sheba Chears
9050 S. Escanaba Ave., Unit 1C
Chicago, IL 60617


T-Mobile
c/o T-Mobile Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-5341


T-Mobile
P.O. Box 87522
Young America, MN 55553

The 401 East Ontario Condominium Assoc.
c/o Patricia A. O'Connor
2 N. LaSalle St., Suite 1300
Chicago, IL 60602


The Mortgage Store Financial, Inc.
727 W. 77th St., #850
Los Angeles, CA 90017


Think Federal Credit Union
5200 Members Parkway NW
P.O. Box 7194
Rochester, MN 55903


TMST Home Loans, Inc.
c/o Ira T. Nevel, Esq.
175 N. Franklin St.
Suite 201
Chicago, IL 60606


TMST Home Loans, Inc.
2300 N. Ridgetop
Santa Fe, NM 87506


US Bank N.A.
800 Nicollet Mall
Minneapolis, MN 55402


US Bank National Association
c/o Ernest J. Codilis, Esq.
15W030 N. Frontage Road
Burr Ridge, IL 60527


US Heartland Property Tax Consulting
120 N. LaSalle St.
Chicago, IL 60602


Vanessa Meade
6208 S. Indiana Ave.
Basement Unit
Chicago, IL 60637


Wanda Locke
3336 W. Evergreen, Basement
Basement Unit
Chicago, IL 60651

```
Web's Farmers Insurance & Financial Ser.
Attn: Waner Brown
8554 S. Stony Island Ave.
Chicago, IL 60617
```