# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FU, EUGENE | § Case No. 10-56006 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 20, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         76,057.09

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 7,523.07 |
   | Bank service fees | 1,223.70 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 67,310.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/12/2011 and the deadline for filing governmental claims was 05/12/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,052.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,052.85, for a total compensation of $7,052.85.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2012          By:/s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-56006  
Case Name: FU, EUGENE  
Period Ending: 06/04/12

Trustee: (330129)  Ira Bodenstein  
Filed (f) or Converted (c): 12/20/10 (f)  
§341(a) Meeting Date: 02/08/11  
Claims Bar Date: 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | IBM Stock | 4,000.00 | 0.00 |  | 1,900.00 | FA |
| 2 | 401 E. Ontario Street..Debtor's Homestead | 260,000.00 | 2,000.00 | DA | 0.00 | FA |
| 3 | 6751 S. Sangamon Street/ Investment Property | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 137 E.120th Street / Investment Property<br>    vacant lot with no interested buyers | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 5 | 6644 S. Winchester Ave./ Investment Property | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | 6208 S. Indiana/ Investment Property | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 4810 S. Indiana/ Investment Property | 80,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 5336 S. Wabash/ Investment Property | 95,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 4815 S. Wabash/Investment Property | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 4729 S. Langley Ave./Investment Property | 135,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | 3336 W. Evergreen Ave./Investment Property | 275,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | 5929 S. Prairie Ave./Investment Property | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | 7001 S. Wolcott Ave/Investment Property | 40,000.04 | 0.00 | OA | 0.00 | FA |
| 14 | 6348 S. Honore St.. Investment Property | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | 6402 S. Greenwood Ave./Investment Property | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | CASH ON HAND | 250.00 | 0.00 | DA | 0.00 | FA |
| 17 | BANK ACCOUNTS | 844.44 | 0.00 | DA | 0.00 | FA |
| 18 | HOUSEHOLD GOODS AND FURNISHINGS | 850.00 | 850.00 | DA | 0.00 | FA |
| 19 | BOOKS AND ART OBJECTS | 350.00 | 350.00 | DA | 0.00 | FA |
| 20 | WEARING APPAREL | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | FURS AND JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | FIREARMS AND HOBBY EQUIPMENT | 25.00 | 25.00 | DA | 0.00 | FA |
| 23 | Roth IRA | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | STOCK AND BUSINESS INTERESTS/Fu Consulting | Unknown | 0.00 | DA | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS/6402 S.<br>Greenwood L<br>    50% interest no value | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | STOCK AND BUSINESS INTERESTS/4918 S. | 0.00 | 2,500.00 | OA | 2,500.00 | FA |

Printed: 06/04/2012 12:23 PM    V.13.02

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-56006  
Case Name: FU, EUGENE  
Period Ending: 06/04/12

Trustee: (330129)  Ira Bodenstein  
Filed (f) or Converted (c): 12/20/10 (f)  
§341(a) Meeting Date: 02/08/11  
Claims Bar Date: 05/12/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Indiana LLC<br>Estate paid to abandon | | | | | |
| 27 | STOCK AND BUSINESS INTERESTS/Bakari Sheng LLC<br>dissolved entity | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | ACCOUNTS RECEIVABLE<br>Uncollectible | 48,000.00 | 48,000.00 | DA | 0.00 | FA |
| 29 | NET RENTAL INCOME | Unknown | N/A | | 71,652.46 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.63 | Unknown |
| 30 | Assets    Totals (Excluding unknown values) | $1,427,819.48 | $58,725.00 | | $76,057.09 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    June 30, 2012          Current Projected Date Of Final Report (TFR):    June 30, 2012

Printed: 06/04/2012 12:23 PM    V.13.02

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 10-56006  
Case Name: FU, EUGENE  
Taxpayer ID #: **-***5297  
Period Ending: 06/04/12  

Trustee: Ira Bodenstein (330129)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******93-65 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/11 | {29} | Patria Property Management Co. | Net rents from scheduled real properties | 1122-000 | 11,696.84 | | 11,696.84 |
| 02/23/11 | | To Account #9200******9366 | Account Transfer - payment of Insurance Premiums | 9999-000 | | 2,066.83 | 9,630.01 |
| 02/25/11 | | From Account #9200******9366 | Account transfer-Check Voided | 9999-000 | 1,481.76 | | 11,111.77 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.04 | | 11,111.81 |
| 03/17/11 | {29} | Patria Property Management Co. | Net Rents for abandoned properties prorated to 2/8/2011 | 1122-000 | 437.30 | | 11,549.11 |
| 03/17/11 | {29} | Patria Property Management Co. | Net rents for February 2011 | 1122-000 | 7,783.65 | | 19,332.76 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.12 | | 19,332.88 |
| 04/21/11 | 1001 | International Sureties, LTD | one-half of bond premium | 2300-000 | | 10.00 | 19,322.88 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,323.03 |
| 05/02/11 | {29} | Patria Property Management Co. | Net rents for March 2011 | 1122-000 | 15,261.37 | | 34,584.40 |
| 05/03/11 | {1} | Eugene Fu | Non-exempt portion of IBM stock | 1129-000 | 1,900.00 | | 36,484.40 |
| 05/31/11 | {29} | Patria Property Management Co. | Net rents for April 2011 | 1122-000 | 6,360.91 | | 42,845.31 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 42,845.59 |
| 06/30/11 | {29} | Patria Property Management Co. | Net rents for May 2011 | 1122-000 | 6,336.29 | | 49,181.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 49,182.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.40 | | 49,182.62 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.95 | 49,091.67 |
| 08/03/11 | {26} | Bridgeview Bank Group | Funds received for abandonment of interest in 4918 South Indiana LLC | 1129-000 | 2,500.00 | | 51,591.67 |
| 08/17/11 | {29} | Patria Property Management Co. | Net rents for June 2011 | 1122-000 | 9,296.53 | | 60,888.20 |
| 08/30/11 | {29} | Patria Property Management Co. | Net rents for July 2011 | 1122-000 | 6,202.16 | | 67,090.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 67,090.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.25 | 66,963.56 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.37 | 66,966.93 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 66,967.47 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.60 | 66,829.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 66,830.42 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 132.74 | 66,697.68 |
| 11/04/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 66,697.72 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 66,698.21 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.20 | 66,552.01 |
| 12/14/11 | {29} | Patria Property Management Co. | Final Distribution of Net Rents for Months August-November | 1122-000 | 8,277.41 | | 74,829.42 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 74,830.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.25 | 74,684.77 |

Subtotals: $77,538.22  $2,853.45

{} Asset reference(s)  
Printed: 06/04/2012 12:23 PM  V.13.02

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-56006 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | FU, EUGENE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******93-65 - Checking Account |
| Taxpayer ID #: | **-***5297 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/04/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.63 | | 74,685.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 163.27 | 74,522.13 |
| 02/06/12 | | To Account #9200******9366 | Account Transfer to pay pro-rata share of 2012 Bond Premium | 9999-000 | | 60.00 | 74,462.13 |
| 02/14/12 | 1002 | United States Treasury | 2011 Form 1041 EIN 38-6955297 | 2810-000 | | 4,649.00 | 69,813.13 |
| 02/14/12 | 1003 | Illinois Department of Revenue | Form IL 1041 EIN 38-6955297 | 2820-000 | | 2,219.00 | 67,594.13 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.30 | 67,448.83 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 138.51 | 67,310.32 |
| | | ACCOUNT TOTALS | | | 77,538.85 | 10,228.53 | $67,310.32 |
| | | Less: Bank Transfers | | | 1,481.76 | 2,126.83 | |
| | | Subtotal | | | 76,057.09 | 8,101.70 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $76,057.09 | $8,101.70 | |

{} Asset reference(s)

Printed: 06/04/2012 12:23 PM    V.13.02

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-56006 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | FU, EUGENE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******93-66 - Checking Account |
| Taxpayer ID #: | **-***5297 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/04/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/11 | | From Account #9200******9365 | Account Transfer - payment of Insurance Premiums | 9999-000 | 2,066.83 | | 2,066.83 |
| 02/25/11 | | To Account #9200******9365 | Account transfer-Check Voided | 9999-000 | | 1,481.76 | 585.07 |
| 02/25/11 | 101 | Illinois Farmers Insurance | Premium for Policy 92584-47-30<br>Voided on 02/25/11 | 2420-000 | | 1,481.76 | -896.69 |
| 02/25/11 | 101 | Illinois Farmers Insurance | Premium for Policy 92584-47-30<br>Voided: check issued on 02/25/11 | 2420-000 | | -1,481.76 | 585.07 |
| 02/25/11 | 102 | Illinois Farmers Insurance | Payment of Insurance Premium Policy No. 92584-47-34 | 2420-000 | | 585.07 | 0.00 |
| 02/06/12 | | From Account #9200******9365 | Account Transfer to pay pro-rata share of 2012 Bond Premium | 9999-000 | 60.00 | | 60.00 |
| 02/07/12 | 103 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 60.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,126.83 | 2,126.83 | $0.00 |
| | | | Less: Bank Transfers | | 2,126.83 | 1,481.76 | |
| | | | Subtotal | | 0.00 | 645.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $645.07 | |

{} Asset reference(s)                                                                                           Printed: 06/04/2012 12:23 PM    V.13.02

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 10-56006 | Trustee: Ira Bodenstein (330129) |
| Case Name: FU, EUGENE | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******93-67 - Money Market Account |
| Taxpayer ID #: **-***5297 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 06/04/12 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******93-65 | 76,057.09 | 8,101.70 | 67,310.32 |
| Checking # 9200-******93-66 | 0.00 | 645.07 | 0.00 |
| MMA # 9200-******93-67 | 0.00 | 0.00 | 0.00 |
| | $76,057.09 | $8,746.77 | $67,310.32 |

{} Asset reference(s)   Printed: 06/04/2012 12:23 PM   V.13.02

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-56006
Case Name: FU, EUGENE
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 67,310.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 67,310.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 7,052.85 | 0.00 | 7,052.85 |
| Attorney for Trustee, Fees - Shaw Gussis | 13,411.00 | 0.00 | 13,411.00 |
| Attorney for Trustee, Expenses - Shaw Gussis | 115.43 | 0.00 | 115.43 |
| Accountant for Trustee, Fees - Popowcer Katten LTD | 1,150.00 | 0.00 | 1,150.00 |

Total to be paid for chapter 7 administration expenses: $ 21,729.28
Remaining balance: $ 45,581.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 45,581.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,221.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CITY OF CHICAGO-DEPT OF REVENUE | 709.06 | 0.00 | 709.06 |
| 4 | CITY OF CHICAGO-DEPT OF REVENUE | 742.34 | 0.00 | 742.34 |
| 7 | Lashawanda Rocquemore | 1,770.00 | 0.00 | 1,770.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 3,221.40 |
|---|---|---|---|
|  | Remaining balance: | $ | 42,359.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,420,529.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Real Time Resolutions, Inc. | 36,352.03 | 0.00 | 1,084.00 |
| 2 | Think Mutual Bank | 6,477.12 | 0.00 | 193.15 |
| 5 -2 | Bridgeview Bank Group | 1,376,388.62 | 0.00 | 41,043.38 |
| 6 | American Express Centurion Bank | 977.05 | 0.00 | 29.14 |
| 8 | PYOD LLC its ,as assignee of Citibank, NA, | 334.26 | 0.00 | 9.97 |

|  | Total to be paid for timely general unsecured claims: | $ | 42,359.64 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)