UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 10-56006 |
| Eugene Fu, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

## FINAL FEE APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC AS BANKRUPTCY COUNSEL FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(i), 2016(a), 9006(c)(1) and 9007, and Local Bankruptcy Rule 5082-1 for: (i) the final total allowance of $13,411.00 in compensation for approximately 33.6 hours of professional services rendered by Shaw Gussis as general bankruptcy counsel to Ira Bodenstein, not individually, but solely in his capacity as chapter 7 trustee ("Trustee") for the estate of Mr. Eugene Fu ("Debtor") for the period beginning December 29, 2011 through and including March 28, 2012 (the "Application Period"); and (ii) the reimbursement of $115.43 for actual costs incurred incident to those services. In support of this application (the "Application"), Shaw Gussis states as follows:

### BACKGROUND

1. On December 20, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Case"). The Trustee was appointed on the Petition Date to administer this Case.

2. This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

{10079-001 APPL A0315122.DOC 3}         1

3. Venue of this proceeding and Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A),(M), and/or (O).

## GENERAL STATUS OF THE CASE AND RETENTION OF SHAW GUSSIS

4. Shaw Gussis' retention as counsel for the Trustee in the Case was approved by an order of this Court dated February 8, 2011 (Docket No. 48).

5. Shaw Gussis' statements of services rendered and expenses incurred (the "Invoices") for the Application Period are attached hereto as Exhibit A and incorporated herein by reference.

6. During the Application Period, Shaw Gussis assisted the Trustee in a variety of ways, including: (i) the negotiation and resolution of the abandonment of certain real estate properties; (ii) the retention of professionals and collection of rents from certain properties; and (iii) the research, investigations and review of the validity of certain potential claims against the estate.

7. Shaw Gussis' attorneys and paralegals rendered approximately 33.6 hours of services for the Trustee in connection with these Case during the Application Period. All of the services reflected on the attached Invoices pertain to the Case and were rendered at the request of the Trustee in the exercise of his duties under 11 U.S.C. § 1106. At the customary hourly rates charged by Shaw Gussis' attorneys and paralegals, the aggregate amount due Shaw Gussis for the services rendered to the Trustee during the Application Period is $12,936.00 (the "Aggregate Service Amount"), for an average hourly rate of $385.00. The expenses for which reimbursement is requested in the Invoices are those customarily charged by Shaw Gussis to all of its clients. The aggregate expense reimbursement reflected on the attached Invoices sought by this Application is $115.43 (the "Aggregate Expense Amount" and, collectively with the Aggregate Service Amount, the "Aggregate Amount").

8. In evaluating this Application, this Court should consider the value of the services rendered by Shaw Gussis for the Trustee, the nature and complexity of the issues presented, the skill required to perform the legal services properly, the customary fees charged by other professionals in similar cases, the experience and ability of the attorneys involved and the compensation amounts awarded in similar cases. These factors, whether viewed individually or collectively, support an award of the requested compensation in full. All of the services for which compensation is requested were services that, in Shaw Gussis's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

9. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Gussis's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Gussis has classified its services into five (5) separate categories of services as follows:

| Description | Total Hours | Total Fees Incurred |
|---|---|---|
| Abandonment | 8.3 | $3,402.00 |
| Case Administration | 1.9 | $869.50 |
| Creditors and Claims | 4.1 | $1,947.50 |
| Fee Applications | 8.2 | $2,629.00 |
| Retention of Professionals | 11.1 | $4,088.00 |
| **TOTAL** | **33.6** | **$12,936.00** |

10. The following is a separate description of each of Shaw Gussis's principal categories of activities, which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the above categories and the timekeeper, date, and

{10079-001 APPL A0315122.DOC 3}                                  3

amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, total time and value of services, and the total dollar value are also provided herein.

A.  **Abandonment**

11. Shaw Gussis expended 8.3 hours of professional services having a value of $3,402.00 pertaining to the abandonment of certain real estate property, including, among other things: (a) legal research and due diligence regarding the abandonment; and (b) legal research, drafting, and argument of the Trustee's motion to abandon property.

12. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 1.8 | $855.00 |
| Marylynne Schwartz | 1.4 | $371.00 |
| Richard M. Fogel | 5.1 | $2,142.00 |

B.  **Case Administration**

13. Shaw Gussis expended approximately 1.9 hours of professional services having a value of $869.50 pertaining to the administration of the Cases, including, among other things: (a) review of the case files; and (b) follow up regarding deed in lieu agreements and building violation notices.

14. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 1.3 | $617.50 |

| Richard M. Fogel | .6 | $252.00 |

### C.     Creditors and Claims

15. Shaw Gussis expended 4.1 hours of professional services having a value of $1,947.50 pertaining to the legal research, factual investigation, and analysis of potential claims against the estate by certain creditors.

16. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 4.1 | $1,947.50 |

### D.     Fee Applications

17. Shaw Gussis expended 8.2 hours of professional services having a value of $2,629.00 pertaining to the review of the billing statements and the preparation of this Application. This amount is set forth in the Invoices. Additionally, Shaw Gussis is requesting an additional one hour of time for Mr. Bodenstein to approximate the amount of time he will spend appearing at the hearing to have the Trustee's Final Report approved and presenting this Application before the Court.

18. The chart below is a summary of the total amount of services performed or to be performed by each Shaw Gussis professional during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 1.0 | $475.00 |
| John Guzzardo | 7.8 | $2,457.00 |

| Richard Fogel[1] | .4 | $172.00 |
|---|---|---|

### E. Retention of Professionals

19. Shaw Gussis expended 11.1 hours of professional services having a value of $4,088.00 pertaining to the retention of professionals to assist the Trustee including, among other things, the retention of: (a) Shaw Gussis as the Trustee's bankruptcy counsel; (b) Patria Partners as property managers; and (c) the accounting firm of Popowcer Katten Ltd. to perform accounting and tax services.

20. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Ira Bodenstein | 5.3 | $2,517.50 |
| Marylynne Schwartz | 5.1 | $1,249.50 |
| Richard M. Fogel | .9 | $378.00 |

### SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

21. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Ira Bodenstein | Member | $475.00 | 13.3 | $6,317.50 |
| Richard Fogel | Of Counsel | $420.00 | 7.0 | $2,978.00 |
| John Guzzardo | Associate | $315.00 | 7.8 | $2,457.00 |
| Marylynne Schwartz | Associate | $265.00 | 6.5 | $1,658.50 |

---

[1] Mr. Fogel's rate was $430.00 at the time the services were rendered.

22. In evaluating this Application, this Court should consider the following: (i) the value of the services rendered by Shaw Gussis on behalf of the Trustee; (ii) the nature and complexity of the issues presented; (iii) the skill required to perform the legal services properly; (iv) the customary fees charged by other professionals in this case and in similar cases; (v) the experience and ability of the professionals involved; and (vi) the amount of compensation awarded in similar cases. When viewed either individually or collectively, these factors support an award of the requested compensation in full.

23. The hourly rates charged by Shaw Gussis with respect to its legal services compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Gussis professionals. Further, the amount of time spent by Shaw Gussis with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, and the ultimate benefit to the estates.

24. Shaw Gussis has conscientiously attempted to avoid having multiple attorneys convene on behalf of the Trustee. In certain circumstances, however, it was necessary for more than one Shaw Gussis attorney to confer or appear at the same time. When possible, Shaw Gussis would have one attorney handle multiple matters. To the greatest extent possible, meetings, court appearances, negotiations, and other matters were handled on an individual basis.

25. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other

bankruptcy and non-bankruptcy matters, Shaw Gussis respectfully submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

26. The aggregate amount of expenses for which reimbursement is being sought is $115.43. All of the expenses for which reimbursement is requested are expenses which Shaw Gussis customarily recoups from all of its clients. An itemization of the expenses is attached hereto as part of Exhibit A. The types of costs for which reimbursement is sought are listed below:

| Internal Photocopy | 10¢ per page |
| Commercial/Court Photocopy | actual cost |
| Commercial Messenger | actual cost |
| Conference Calls | actual cost |
| Local Telephone | no charge |
| Outgoing Facsimiles | no charge |
| Incoming Facsimiles | no charge |
| On Line Legal or Factual Research (Westlaw/Lexis/Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing/Recording Fees | actual cost |
| Deposition Costs | actual cost |
| Local and Long Distance Travel | actual cost |

27. The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Internal Photocopy | $16.00 |
| PACER | $8.24 |
| Postage | $87.19 |
| Parking / Taxis | $4.00 |

28. All expenses incurred by Shaw Gussis incidental to its services were customary and necessary expenses. All expenses were billed in the same manner as Shaw Gussis bills non-

bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

29. To date, Shaw Gussis has not received any payments in compensation for services or expense reimbursement during the Application Period.

## COMPLIANCE WITH 11 U.S.C. § 504

30. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Gussis and any other firm, person or entity for the sharing of division of any compensation payable to Shaw Gussis.

WHEREFORE, Shaw Gussis requests the entry of an order, substantially in the form attached hereto, that:

a) Allows Shaw Gussis $13,411.00 in compensation for the Application Period;

b) Allows Shaw Gussis $115.43 in expense reimbursement for the Application Period;

c) Approves on a final basis the Aggregate Service Amount and Aggregate Expense Amount awarded by this Court;

d) Authorizes the Trustee to pay Shaw Gussis the allowed compensation and expense reimbursement amounts;

e) Waives other and further notice of the hearing with respect to this Application; and

f) Provides Shaw Gussis with such additional relief as may be appropriate and just under the circumstances.

|  |  |
|---|---|
|  | Respectfully submitted,<br>SHAW GUSSIS FISHMAN GLANTZ WOLFSON<br>& TOWBIN, LLC |
| Dated: June 4, 2012 | By:   /s/ John Guzzardo<br><br>Richard M. Fogel<br>John Guzzardo<br>Shaw Gussis Fishman Glantz<br>Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL 60654<br>Tel: (312) 541-0151<br>*Counsel for the Trustee* |

# EXHIBIT A

{000 EXH A0228609.DOC}

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 6689
June 4, 2012

Ira Bodenstein Chapter 7 Trustee for Eugene Fu
c/o Shaw Gussis
321 North Clark Street
Suite 800
Chicago, IL  60654

ID: 10079-001 - IB

Re: Chapter 7 Trustee for Eugene Fu

For Services Rendered Through  3/31/2012

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Current Fees | 12,936.00 | |
| Current Disbursements | 115.43 | |
| Total Current Charges | | 13,051.43 |
| **Total Due** | | **13,051.43** |

**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Ira Bodenstein Chapter 7 Trustee for Eugene Fu                                    June 4, 2012
I.D. 10079-001 - IB                                                                Invoice 6689
Re: Chapter 7 Trustee for Eugene Fu

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Abandonment** | | | | | |
| 01/24/11 | RF | Prepare motion to abandon four properties (.9)  Prepare application to employ property manager (.8) | 1.70 | 420.00 | 714.00 |
| 04/28/11 | RF | Prepare motion to authorize abandonment of property | 0.50 | 430.00 | 215.00 |
| 06/13/11 | RF | Prepare motion to abandon 6208 S. Indiana | 0.70 | 430.00 | 301.00 |
| 06/20/11 | IB | Review filed motion to compel abandonment by Bridgeview Bank | 0.30 | 475.00 | 142.50 |
| 06/23/11 | IB | Court appearance on motion to compel abandonment of interest in 4918 S. Indiana LLC | 0.90 | 475.00 | 427.50 |
| 07/11/11 | RF | Prepare motion to abandon Sangamon property | 0.60 | 430.00 | 258.00 |
| 07/15/11 | IB | Phone call with Josh Grossman at Bridgeview Bank re: check owed for abandonment of interest | 0.20 | 475.00 | 95.00 |
| 08/02/11 | IB | Phone calls and emails with Josh Grossman re: Bridgeview Bank payment | 0.30 | 475.00 | 142.50 |
| 09/02/11 | RF | Prepare motion to authorize trustee to abandon Greenwood property | 0.50 | 430.00 | 215.00 |
| 09/15/11 | IB | Review issue of 6644 Winchester abandonment | 0.10 | 475.00 | 47.50 |
| 09/16/11 | RF | Prepare motion to abandon Winchester | 0.30 | 430.00 | 129.00 |
| 09/19/11 | RF | Telephone conference with IB and Miller regarding abandonment of remaining properties | 0.20 | 430.00 | 86.00 |
| 10/03/11 | RF | Prepare motion to abandon Langley, Wabash and Sangamon properties | 0.60 | 430.00 | 258.00 |
| 11/02/11 | MLS | Correspond with B. Miller re motion to abandon | 0.30 | 265.00 | 79.50 |
| 11/09/11 | MLS | Draft motion to abandon. | 1.10 | 265.00 | 291.50 |
| | | **Abandonment Totals** | **8.30** | | **3,402.00** |
| **Case Administration** | | | | | |
| 12/29/10 | RF | Meeting with IB and S. Chaiken regarding background and status of debtor's real estate | 0.50 | 420.00 | 210.00 |
| 01/05/11 | IB | Review Escanaba Deed in Lieu agreement and stay relief motions filed | 0.60 | 475.00 | 285.00 |
| 02/09/11 | RF | E-mail to Miller regarding employment order and abandonment order | 0.10 | 420.00 | 42.00 |
| 04/26/11 | IB | Review building violation notice on 3336 Evergreen (.3); discuss alternatives with R. Fogel (.2). | 0.50 | 475.00 | 237.50 |
| 03/05/12 | IB | Phone call with Steve Chaiken re: closing out Fu case. | 0.20 | 475.00 | 95.00 |

Page: 1

## Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

| | | | | |
|---|---|---|---|---|
| Ira Bodenstein Chapter 7 Trustee for Eugene Fu | | | | June 4, 2012 |
| I.D. 10079-001 - IB | | | | Invoice 6689 |
| Re: Chapter 7 Trustee for Eugene Fu | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Case Administration Totals** | **1.90** | | **869.50** |

### Creditors and Claims

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/11 | IB | Review 4918 S. Indiana appraisal and phone call with Josh Reitman and Josh Grossman at Bridgeview Bank re: interest in buying out Fu 50% LLC interest. | 0.50 | 475.00 | 237.50 |
| 06/08/11 | IB | Review Chaiken email and consider proposal on 4918 Indiana LLC | 0.30 | 475.00 | 142.50 |
| 06/09/11 | IB | Further review Chaiken email and 4918 S. Indiana property and prepare response email. | 0.30 | 475.00 | 142.50 |
| 06/10/11 | IB | Phone call with S. Chaiken re: 4918 S. Indiana property | 0.10 | 475.00 | 47.50 |
| 06/13/11 | IB | Review Bridgeview bank, 4918 Indiana issues | 0.30 | 475.00 | 142.50 |
| 06/14/11 | IB | Phone calls and emails with Steve Radtke re: 4918 S. Indiana LLC interest | 0.50 | 475.00 | 237.50 |
| 08/30/11 | IB | Review claims docket and Bridgeview Bank Proof of Claim (.4); phone call with Bridgeview attorney Josh Grossman re: claim (.1). | 0.50 | 475.00 | 237.50 |
| 09/01/11 | IB | Phone call with Josh Grossman re: Bridgeview Bank proof of claim | 0.30 | 475.00 | 142.50 |
| 09/05/11 | IB | Analysis of Bridgeview secured claim | 0.30 | 475.00 | 142.50 |
| 09/07/11 | IB | Review case law re; secured claims from Josh Grossman at Bridgeview Bank (.3); phone calls with Grossman re: filing amended proof of claim (.3). | 0.60 | 475.00 | 285.00 |
| 11/18/11 | IB | Begin claims review process | 0.40 | 475.00 | 190.00 |
| | | **Creditors and Claims Totals** | **4.10** | | **1,947.50** |

### Fee Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/12 | RF | Prepare application and cover sheet for final compensation for Popowcer Katten | 0.40 | 430.00 | 172.00 |
| 03/26/12 | JWG | Drafting of fee application and review of invoices. | 3.00 | 315.00 | 945.00 |
| 03/27/12 | JWG | Drafted fee app. | 1.50 | 315.00 | 472.50 |
| 03/28/12 | JWG | Drafting of Shaw Gussis fee application. | 2.50 | 315.00 | 787.50 |
| 03/29/12 | JWG | Follow up discussion with R. Fogel re: fee application edits. (.1) Edits to fee application. (.7) | 0.80 | 315.00 | 252.00 |
| | | **Fee Applications Totals** | **8.20** | | **2,629.00** |

### Retention of Professionals

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/11 | IB | Review Patria management agreement (.4); analysis of properties (.4) | 0.80 | 475.00 | 380.00 |
| 01/20/11 | RF | E-mails to and from B. Miller, Patria Property Management, regarding management agreement with trustee | 0.20 | 420.00 | 84.00 |
| 01/21/11 | RF | Telephone conference with Miller and trustee regarding status of | 0.50 | 420.00 | 210.00 |

## Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

| | | | | |
|---|---|---|---|---|
| Ira Bodenstein Chapter 7 Trustee for Eugene Fu | | | | June 4, 2012 |
| I.D. 10079-001 - IB | | | | Invoice 6689 |
| Re: Chapter 7 Trustee for Eugene Fu | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | property management operations and terms of engagement as trustee's agent | | | |
| 01/24/11 | IB | Review and approve Patria retention motion and abandonment motion | 0.80 | 475.00 | 380.00 |
| 01/25/11 | IB | Revise draft of management agreement with Patria and give to R. Fogel | 1.20 | 475.00 | 570.00 |
| 01/26/11 | IB | Finalize Patria management agreement and send to Barry miller for execution | 1.20 | 475.00 | 570.00 |
| 01/26/11 | RF | E-mails to and from Miller regarding management agreement and affidavit | 0.20 | 420.00 | 84.00 |
| 01/27/11 | IB | Review final form of Patria agreement with R. Fogel | 0.30 | 475.00 | 142.50 |
| 01/28/11 | IB | Phone call with Barry Miller re: final changes to Patria management agreement | 0.40 | 475.00 | 190.00 |
| 01/31/11 | MLS | Draft application to employ Shaw Gussis | 1.10 | 245.00 | 269.50 |
| 02/01/11 | MLS | Revise applications to employ Shaw Gussis and Patria Partners and prepare for filing | 2.10 | 245.00 | 514.50 |
| 09/26/11 | IB | Review draft of motion to retain accountant and provide revisions to M. Schwartz | 0.40 | 475.00 | 190.00 |
| 09/26/11 | MLS | Draft application to employ accountants, declaration and order. | 1.70 | 265.00 | 450.50 |
| 09/28/11 | MLS | Correspond with Lois West regarding declaration to appoint accountant (.2); | 0.20 | 265.00 | 53.00 |
| | | **Retention of Professionals Totals** | **11.10** | | **4,088.00** |
| | | **Total Fees** | **33.60** | | **12,936.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 01/25/11 | Photocopy; Matrix and Motion (RF) | 16.00 |
| 01/31/11 | Postage; Postage for 1/1/11 - 1/31/11 | 62.99 |
| 02/28/11 | Postage; Postage 2/1/11 - 2/28/11 | 6.92 |
| 03/31/11 | Pacer Research; Docket; matrix (RMF); Pacer | 8.24 |
| 09/30/11 | Postage; Postage 9/1/11 - 9/30/11 | 6.48 |
| 10/31/11 | Postage; Postage for 10/01/11 - 10/31/11 | 10.80 |
| 11/30/11 | Parking/Taxi; Motion (MLS) | 4.00 |
| | **Total Disbursements** | **115.43** |
| | **Total Fees and Disbursements** | **13,051.43** |
| | **Total Current Charges** | **13,051.43** |

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Ira Bodenstein Chapter 7 Trustee for Eugene Fu | June 4, 2012 |
| --- | --- |
| I.D. 10079-001 - IB | Invoice 6689 |
| Re: Chapter 7 Trustee for Eugene Fu | |

### Fee Recap by Task Code Description

| Task Code | Hours | Amount |
| --- | --- | --- |
| Abandonment | 8.30 | 3,402.00 |
| Case Administration | 1.90 | 869.50 |
| Creditors and Claims | 4.10 | 1,947.50 |
| Fee Applications | 8.20 | 2,629.00 |
| Retention of Professionals | 11.10 | 4,088.00 |
| **Total Fees** | **33.60** | **12,936.00** |

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Ira Bodenstein Chapter 7 Trustee for Eugene Fu | June 4, 2012 |
| --- | --- |
| I.D. 10079-001 - IB | Invoice 6689 |
| Re: Chapter 7 Trustee for Eugene Fu | |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
| --- | --- | --- | --- | --- |
| Ira Bodenstein | Member | 12.30 | 475.00 | 5,842.50 |
| John W. Guzzardo | Associate | 7.80 | 315.00 | 2,457.00 |
| Marylynne Schwartz | Associate | 6.50 | 265.00 | 1,658.50 |
| Richard M. Fogel | Of-Counsel | 7.00 | 430.00 | 2,978.00 |
| | **Totals** | **33.60** | | **12,936.00** |

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Ira Bodenstein Chapter 7 Trustee for Eugene Fu | June 4, 2012 |
| I.D. 10079-001 - IB | Invoice 6689 |
| Re: Chapter 7 Trustee for Eugene Fu | |

### Disbursement Recap

| | Amount |
|---|---|
| Photocopy | 16.00 |
| Pacer Research | 8.24 |
| Parking/Taxi | 4.00 |
| Postage | 87.19 |
| **Total Disbursements** | **115.43** |