UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| Eugene Fu, | Case No. 10-56006 |
| Debtor(s) | Hon. Carol A. Doyle |

FINAL APPLICATION OF POPOWCER KATTEN, LTD.
FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Eugene Fu (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

BACKGROUND

1. On December 20, 2010 (the "Petition Date"), the Debtors filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court. On the Petition Date, the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate (the "Estate").

2. The Debtor owned several income producing parcels of real property. The Trustee collected rental income from the properties as part of his administration of the Estate and he was required to file federal and state income tax returns for the Estate.

3. On October 6, 2011, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate.

4. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

{10079-001 APPL A0314875.DOC}

5. During the period of February 9, 2012 through February 10, 2012 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

    (a)    Prepared federal and state income tax returns for the Estate for the tax year ending December 31, 2011 (final); and

    (b)    Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

## REQUESTED FEES

6. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $1,150.00 for these services, no amount of which has been previously paid.

7. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
| --- | --- | --- | --- |
| L. West | 5.0 | 230 | $1,150.00 |
| **TOTALS** | **5.0** | | **$1,150.00** |

Attached to this Application as Exhibit A is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance

of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

9. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

10. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

11. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $1,150.00 as compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

(c) grants PK such additional relief as may be appropriate under the circumstances.

        Respectfully submitted,

        POPOWCER KATTEN, LTD.

Dated: June 4, 2012         By: /s/ Richard M. Fogel
            Richard M. Fogel, Attorney for Trustee

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
*Attorneys for Ira Bodenstein, Trustee*

# EXHIBIT A

{000 EXH A0228609.DOC}

**Invoice No. 25363**



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Eugene Fu (10-56006)
- Ira Bodenstein, Trustee
- Shaw Gussis Fishman Glantz et. al.
- 321 N. Clark Street, Suite 800
- Chicago, IL 60654

**Date:** March 21, 2012    **Account No.:** BOD1002L

For Professional Services Rendered:

For accounting and tax services rendered for the period February 9, 2012 through February 10, 2012 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2011 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                  | Hours | Rate   | Amount    |
|----------|------------------------|-------|--------|-----------|
| L. West  | Bankruptcy Specialist  | 5.0   | $230.  | $ 1,150.00 |
|          | Total Due:             | 5.0   |        | $ 1,150.00 |

**ESTATE OF EUGENE FU (10-56006)**

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2012 | Tax Return Preparation - Review trustee forms 1 and 2. Summarize transactions for presentation within tax returns. | 0.8 | L. West | $230 | 184.00 |
| 2/9/2012 | Tax Return Preparation - Preparation of workpapers and federal and state fiduciary returns for year ended 12/31/11. Calculate tax liability on rental income received by estate. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required. | 3.9 | L. West | $230 | 897.00 |
| 2/10/2012 | Final Review - Check assembly and sign final returns for 12/31/11 - forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $230 | 69.00 |
| | Total | 5.0 | | | 1,150.00 |