# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   FU, EUGENE | § § § | Case No. 10-56006 |
| Debtor(s) | § § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Ira Bodenstein</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/12/2012 in Courtroom 742, United States Courthouse Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>06/04/2012</u>          By:   <u>Ira Bodenstein</u>
                                                    Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FU, EUGENE | § Case No. 10-56006 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 76,057.09 |
| *and approved disbursements of* | $ 8,746.77 |
| *leaving a balance on hand of* [1] | $ 67,310.32 |
| **Balance on hand:** | $ 67,310.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 67,310.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 7,052.85 | 0.00 | 7,052.85 |
| Attorney for Trustee, Fees - Shaw Gussis | 13,411.00 | 0.00 | 13,411.00 |
| Attorney for Trustee, Expenses - Shaw Gussis | 115.43 | 0.00 | 115.43 |
| Accountant for Trustee, Fees - Popowcer Katten LTD | 1,150.00 | 0.00 | 1,150.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 21,729.28 |
| Remaining balance: | $ 45,581.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 45,581.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,221.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CITY OF CHICAGO-DEPT OF REVENUE | 709.06 | 0.00 | 709.06 |
| 4 | CITY OF CHICAGO-DEPT OF REVENUE | 742.34 | 0.00 | 742.34 |
| 7 | Lashawanda Rocquemore | 1,770.00 | 0.00 | 1,770.00 |

Total to be paid for priority claims: $ 3,221.40
Remaining balance: $ 42,359.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,420,529.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Real Time Resolutions, Inc. | 36,352.03 | 0.00 | 1,084.00 |
| 2 | Think Mutual Bank | 6,477.12 | 0.00 | 193.15 |
| 5 -2 | Bridgeview Bank Group | 1,376,388.62 | 0.00 | 41,043.38 |
| 6 | American Express Centurion Bank | 977.05 | 0.00 | 29.14 |
| 8 | PYOD LLC its ,as assignee of Citibank, NA, | 334.26 | 0.00 | 9.97 |

Total to be paid for timely general unsecured claims: $ 42,359.64
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-56006-CAD
Eugene Fu                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 4              Date Rcvd: Jun 05, 2012
                              Form ID: pdf006              Total Noticed: 128

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2012.
```
db         +Eugene Fu,    401 East Ontario Street,    Unit 2208,    Chicago, IL 60611-7178
16569270   +4918 South Indiana LLC,    212 E. Ohio St., Suite 200,    Chicago, IL 60611-3592
16569271   +Aleana Jackson,    9050 S. Escanaba Ave., Unit 1B,    Chicago, IL 60617-4221
16569273   +American Express,    World Financial Center,    200 Vesey Street,    New York, NY 10285-1000
16569272   +American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
16995217    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16569274   +Andrea Ledbetter,    5929 S. Pairie Ave., 2nd Floor,    Chicago, IL 60637-1373
16569275  #+Angela Howard,    6147 S. Sacramento Ave.,    Chicago, IL 60629-2621
16569276   +Anissa Allen,    4729 S. Langley Ave.,    3rd Floor,    Chicago, IL 60615-1513
16569277   +Anthony Jackson,    5929 S. Pairie Ave., 2nd Floor,    Chicago, IL 60637-1373
16569278   +BAC Home Loan Servicing, Inc.,    c/o Dennis Bell - Registered Agent,    509 Vienna St.,
             Metropolis, IL 62960-1864
16569280   +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    Plano, TX 75024-4100
16569281    BAC Home Loans Servicing, LP,    P.O. Box 961206,    Fort Worth, TX 76161-0206
16569282   +BAC Home Loans Servicing, LP,    c/o Pierce & Associates,    1 N. Dearborn Street,    Suite 1300,
             Chicago, IL 60602-4321
16569279   +BAC Home Loans Servicing, LP,    c/o Ernest J. Codilis, Esq.,    15W030 N. Frontage Road,
             Burr Ridge, IL 60527-6921
16569290   +BMW Bank of North America,Inc,    Ascension Capital Group,Inc,    Po Box 201347,
             Arlington,TX 76006-1347
16706082   +Bancroft, Richman & Goldberg LLC,    33 West Monroe St Ste 2000,    Chicago IL 60603-5414
16569283    Bank New York Mellon,    200 W. Monroe St., #1590,    Chicago, IL 60606-5015
16569284   +Bank New York Mellon,    c/o Pierce & Associates,    1 N. Dearborn St., Suite 1300,
             Chicago, IL 60602-4321
16569288   +Bank of America, N.A.,    P.O. Box 2493,    Norfolk, VA 23501-2493
16569287   +Bank of America, N.A.,    P.O. Box 53132,    Phoenix, AZ 85072-3132
16569289   +Bank of America, N.A.,    P.O. Box 15019,    Wilmington, DE 19850-5019
16569286   +Bank of America, N.A.,    P.O. Box 5170,    Simi Valley, CA 93062-5170
16569285   +Bank of America, N.A.,    135 S. LaSalle St.,    Chicago, IL 60603-4157
16569291   +Brian Wagner,    1003 N. Kingsbury,    Chicago, IL 60610-3772
16569294   +Burke Warren MacKay & Serritella, P.C.,    330 N. Wabash Ave., 22nd Floor,
             Chicago, IL 60611-3793
16911140   +CITY OF CHICAGO-DEPT OF REVENUE,    C/O TALAN & KTSANES,    223 W JACKSON - SUITE 512,
             CHICAGO IL 60606-6904
16569295   +Candance Williams,    6402 S. Greenwood Ave.,    1st Floor,    Chicago, IL 60637-3604
16569296   +Carrie J. Jones,    6208 S. Indiana Ave., Unit 1,    Chicago, IL 60637-5242
16569297   +Carrie R. Jones,    6208 S. Indiana Ave., Unit 1,    Chicago, IL 60637-5242
16569298   +Cathryn Gillespie,    5336 S. Wabash Ave.,    Unit 2,    Chicago, IL 60615-4634
16569299   +Chantel Jones,    6208 S. Indiana Ave., Unit 1,    Chicago, IL 60637-5242
16569300   +Charlotte English,    3336 W. Evergreen Ave.,    Unit 1,    Chicago, IL 60651-2698
16569301    Chase Home Finance LLC,    PO Box 100564,    Florence, SC 29502-0564
16569302    Chase Home Finance LLC,    P.O. Box 47020,    Doraville, GA 30362-0020
16569303   +Christine Snodgriss,    6402 S. Greenwood Ave.,    2nd Floor,    Chicago, IL 60637-3604
16569304   +Citicards,    399 Park Avenue,    New York, NY 10043-0001
16706078   +City of Chicago,    c/o Goldman and Grant,    205 W Randolph Ste 1100,    Chicago IL 60606-1813
16706083   +City of Chicago,    Dept of Revenue,    121 N LaSalle St Rm 107,    Chicago IL 60602-1232
16706079   +City of Chicago,    c/o Talan & Ktsanes,    223 W Jackson Ste 512,    Chicago IL 60606-6904
16569307   +City of Chicago,    Department of Revenue/Water Division,    P.O. Box 6330,
             Chicago, IL 60680-6330
16706084   +City of Chicago,    Dept of Buildings,    120 N Racine Ave,    Chicago Il 60607-2010
16569306   +City of Chicago,    Department of Revenue,    P.O. Box 5676,    Chicago, IL 60680-5676
16569305   +City of Chicago,    c/o Markoff Krasny,    29 N. Wacker,    Suite 500,    Chicago, IL 60606-3227
16706080   +City of Chicago Collection Unit,    Dept of Law Accts REceivable &,    Cost Recovery Div,
             121 N LaSalle ST Rm 107A,    Chicago IL 60602-1232
16569308   +Cleystine Lofton,    9050 S. Escanaba Ave., Unit 2C,    Chicago, IL 60617-4241
16569311   +Cole Taylor Bank,    225 W. Washington,    Chicago, IL 60606-2418
16569310   +Cole Taylor Bank,    c/o Rock Fusco LLC,    321 N. Clark St.,    Suite 2200,
             Chicago, IL 60654-4614
16569309   +Cole Taylor Bank,    Business Banking Division,    9550 W. Higgins Road,    Rosemont, IL 60018-4906
16569312   +Collections Services,    P.O. Box 4783,    Chicago, IL 60680-4783
16706081   +Cook County Assessor,    County Bldg Rm 320,    118 N Clark St,    Chicago IL 60602-1354
16569319   +Dina Stoner,    4815 S. Wabash Ave.,    Unit 2,    Chicago, IL 60615-1008
16569320   +Dorothy Conner,    6644 S. Winchester Ave.,    Chicago, IL 60636-2626
16569324    EMC Mortgage Corp.,    2780 Lake Vista Drive,    Lewisville, TX 75067-3884
16569323   +EMC Mortgage Corp.,    c/o CT Corp. System,    208 S. LaSalle St., Suite 814,
             Chicago, IL 60604-1101
16569325   +EMC Mortgage Corp.,    c/o CT Corporation System,    208 S. LaSalle St., Suite 814,
             Chicago, IL 60604-1101
16569326    EMC Mortgage Corp.,    P.O. Box 7589,    Springfield, OH 45501-7589
16569327   +EMC Mortgage Financial, Inc.,    c/o Patrick Temesvary - Registered Agent,    33 W. Roosevelt Rod.,
             Lombard, IL 60148-4401
16569322   +Edward Fu,    653 N. Kingsbury Ave.,    Chicago, IL 60654-7069
16569329   +Francie Jackson,    6751 S. Sangamon St.,    Unit 2,    Chicago, IL 60621-1825
16569330   +GMAC Mortgage,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
```

```
District/off: 0752-1          User: cmendoza1            Page 2 of 4            Date Rcvd: Jun 05, 2012
                              Form ID: pdf006            Total Noticed: 128


16569331       GMAC Mortgage LLC,    P.O. Box 4025,   Coraopolis, PA 15108-6942
16569332     #+Gregory Moore,    7001 S. Wolcott Ave.,    Chicago, IL 60636-3221
16569336      +HSBC Bank USA, N.A.,    c/o Pierce & Associates,    1 N. Dearborn St., Suite 1300,
                Chicago, IL 60602-4321
16569337      +HSBC Bank USA, N.A.,    c/o Ernest J. Codilis, Esq.,   15W030 N. Frontage Road,
                Burr Ridge, IL 60527-6921
16569333      +Harris Bank, N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4095
16569334      +Hasani Steele,    1419 W. Chicago Ave., Unit 4,    Chicago, IL 60642-8261
16569338     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section - Level 7-425,
                100 W. Randloph St.,    Chicago, IL 60601)
16569342      +IMPAC,   19500 Jamboree Road,    Irvine, CA 92612-2401
16569339      +Illinois Dept. of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
                Chicago, IL 60680-4385
16569340      +Illinois Tollway,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
16569341      +Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
16569346      +JPMorgan Chase Bank, N.A.,    1 Bank One Plaza,    Chicago, IL 60670-0001
16569345      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
16569343      +Jeff Charles,    45 W. 74th Street, Unit 2,    Chicago, IL 60621-3401
16569292      +Joshua Grossman,    Bridgeview Bank Group,    4735 N. Broadway St.,    Chicago, IL 60640-4915
16569344      +Joyce Fernandez,    9050 S. Escanaba Ave., Unit 2A,    Chicago, IL 60617-4221
16569347      +Juan Macon,    9050 S. Escanaba Ave., Unit 3A,    Chicago, IL 60617-4221
16569348      +Katanya Banks,    4729 S. Langley Ave.,    2nd Floor,   Chicago, IL 60615-1513
16569349     #+Kimberly Fernando,    9050 S. Escanaba Ave., Unit 2D,    Chicago, IL 60617-4241
16569350      +Lakita Williams,    5336 S. Wabash Ave.,    Unit 1,   Chicago, IL 60615-4634
16569351      +Lashawanda Rocquemore,    6751 S. Sangamon St.,    Unit 1,   Chicago, IL 60621-1825
16569352      +Lawanda Dean,    4729 S. Langley Ave.,    1st Floor,   Chicago, IL 60615-1513
16569354      +Lelia Fields,    9050 S. Escanaba Ave., Unit 3D,    Chicago, IL 60617-4241
16569355      +Marie Averhart,    5336 S. Wabash Ave.,    Basement Unit,    Chicago, IL 60615-4634
16569356      +Mary L. Gardner-Marshall,    6348 S. Honore St.,    Chicago, IL 60636-2606
16569357      +Mel Freedman,    1414 Wells, Unit 507,    Chicago, IL 60610-7751
16569358      +Ocwen Mortgage Co., LLC,    P.O. Box 24737,    West Palm Beach, FL 33416-4737
16569359      +Ocwen Mortgage, LLC,    c/o Illinois Corporation Service C,    801 Aldai Stevenson Dr.,
                Springfield, IL 62703-4261
16569361      +Orkin, LLC,    c/o The Prentice Hall Corporation,    33 N. LaSalle St.,    Chicago, IL 60602-2603
16569360      +Orkin, LLC,    5336 W. 124th Street,    Alsip, IL 60803-3205
16569362      +P & I Financial Group, Inc.,    333 Skokie Blvd.,    Northbrook, IL 60062-1613
16569363      +ParkStone Capital Partners, LLC,    c/o HFF,    9 Greenway Plaza, Suite 700,
                Attn: Lindsey O'Conor,    Houston, TX 77046-0914
16569364     #+Pastel Farrow,    4815 S. Wabash Ave.,    Unit 1,   Chicago, IL 60615-1008
16569365      +Patria Partners, LLC,    18201 Morris Ave.,    Homewood, IL 60430-2275
16569366      +People's Energy,    130 E. Randolph St.,    Chicago, IL 60601-6302
16569367      +Perillo BMW,    1035 N. Clark St.,    Chicago, IL 60610-2809
16569368      +Peter and Violetta Fu,    13819 Longtree Dr.,    Little Rock, AR 72212-1989
16569369     #+Professional Mortgage Partners, Inc.,    2626 Warrenville Road, #200,
                Downers Grove, IL 60515-5763
16569370       RCN Telecom Services,    1000 Baltimore Dr.,    Wilkes Barre, PA 18702
16569371      +RCN Telecom Services,    c/o CT Corporation System,    208 S. LaSalle St., Suite 814,
                Chicago, IL 60604-1101
16569373      +Rhonda Rocquemore,    6751 S. Sangamon St.,    Chicago, IL 60621-1825
16569374      +Rosalyn Parks-Gonnigan,    6402 S. Greenwood Ave.,    3rd Floor,    Chicago, IL 60637-3604
16569375     #+Sandra Wilson,    3336 W. Evergreen Ave.,    Unit 3,   Chicago, IL 60651-2698
16569377      +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
16569376      +Select Portfolio Servicing, Inc.,    Illinois Corporation Service C,    801 Aldai Stevenson Dr.,
                Springfield, IL 62703-4261
16569378      +Sheba Chears,    9050 S. Escanaba Ave., Unit 1C,    Chicago, IL 60617-4241
16569380       T-Mobile,    P.O. Box 87522,    Young America, MN 55553
16569379      +T-Mobile,    c/o T-Mobile Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015-3410
16569385      +TMST Home Loans, Inc.,    2300 N. Ridgetop,    Santa Fe, NM 87506-8361
16569384      +TMST Home Loans, Inc.,    c/o Ira T. Nevel, Esq.,    175 N. Franklin St.,    Suite 201,
                Chicago, IL 60606-1847
16569381      +The 401 East Ontario Condominium Assoc.,    c/o Patricia A. O'Connor,
                2 N. LaSalle St., Suite 1300,    Chicago, IL 60602-3709
16569382      +The Mortgage Store Financial, Inc.,    727 W. 77th St., #850,    Los Angeles, CA 90044-6055
16569383      +Think Federal Credit Union,    5200 Members Parkway NW,    P.O. Box 7194,
                Rochester, MN 55903-7194
16894997      +Think Mutual Bank,    PO box 7194,   Rochester MN 55903-7194
16569386     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,    800 Nicollet Mall,    Minneapolis, MN 55402)
16569387      +US Bank National Association,    c/o Ernest J. Codilis, Esq.,    15W030 N. Frontage Road,
                Burr Ridge, IL 60527-6921
16569388      +US Heartland Property Tax Consulting,    120 N. LaSalle St.,    Chicago, IL 60602-2424
16569389      +Vanessa Meade,    6208 S. Indiana Ave.,    Basement Unit,    Chicago, IL 60637-5241
16569390     #+Wanda Locke,    3336 W. Evergreen, Basement,    Basement Unit,    Chicago, IL 60651-2378
```

```
District/off: 0752-1           User: cmendoza1              Page 3 of 4                   Date Rcvd: Jun 05, 2012
                               Form ID: pdf006              Total Noticed: 128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16569293      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Jun 06 2012 03:53:51     Bridgeview Bank Group,
               Joshua Grossman,    4753 N Broadway,    Chicago IL 60640-4986
16569314      +E-mail/Text: legalcollections@comed.com Jun 06 2012 02:54:01     Commonwealth Edison,
               P.O. Box 87522,   Chicago, IL 60680-0522
16569313      +E-mail/Text: legalcollections@comed.com Jun 06 2012 02:54:01     Commonwealth Edison,
               440 S. LaSalle St., # 3300,    Chicago, IL 60605-5022
16569328      +E-mail/Text: CollectionsDept@figfcu.org Jun 06 2012 03:23:05     Farmer's Insurance,
               4680 Wilshire Blvd.,   Los Angeles, CA 90010-3807
16569318       E-mail/Text: cio.bncmail@irs.gov Jun 06 2012 01:26:22     Department of the Treasury,
               Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114
17156309      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 06 2012 01:32:28
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16884015       E-mail/Text: bkdepartment@rtresolutions.com Jun 06 2012 04:36:42     Real Time Resolutions, Inc.,
               Agent for BAC Home Loans fka Countrywide,    1750 Regal Row Suite 120,    Dallas Texas 75235
16569372      +E-mail/Text: bkdepartment@rtresolutions.com Jun 06 2012 04:36:42     Real Time Resolutions,
               1750 Regal Row,    Suite 120,   Dallas, TX 75235-2287
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16569315     ##+Dan Wells,    4810 S. Indiana Ave.,    3rd Floor,    Chicago, IL 60615-1130
16569316     ##+Danette Craig,    4810 S. Indiana Ave.,    First Floor,    Chicago, IL 60615-1131
16569317     ##+Darcell Ezell,    9050 S. Escanaba Ave., Unit 1A,    Chicago, IL 60617-4221
16569321     ##+Eboni Glasper,    9050 S. Escanaba Ave., Unit 3C,    Chicago, IL 60617-4241
16569335     ##+HSBC Bank USA, N.A.,    One HSBC Center,    Buffalo, NY 14203-2885
16569353     ##+Lawanda Starks,    6208 S. Indiana Ave.,    Chicago, IL 60637-5241
16569391     ##+Web's Farmers Insurance & Financial Ser.,    Attn: Waner Brown,   8554 S. Stony Island Ave.,
               Chicago, IL 60617-2248
                                                                                              TOTALS: 0, * 0, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2012**                     **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1             Page 4 of 4              Date Rcvd: Jun 05, 2012
                              Form ID: pdf006             Total Noticed: 128
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2012 at the address(es) listed below:

        Christopher M Brown   on behalf of Creditor   EMC Mortgage Corporation northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
        Ira Bodenstein   iratrustee@shawgussis.com, IL29@ecfcbis.com;sdelamora@shawgussis.com
        Joel P Fonferko   on behalf of Creditor   HSBC Bank USA, National Association As Indenture Trustee For People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 ND-Two@il.cslegal.com
        Joshua M Grossman   on behalf of Creditor   Bridgeview Bank Group joshua.grossman@bridgeviewbank.com
        Marylynne K Schwartz   on behalf of Trustee Ira Bodenstein mschwartz@shawgussis.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Rebecca D. Rosenthal   on behalf of Debtor Eugene Fu rdr@ag-ltd.com
        Richard M Fogel   on behalf of Trustee Ira Bodenstein rfogel@shawgussis.com
        Steven B Chaiken   on behalf of Debtor Eugene Fu schaiken@ag-ltd.com
        Steven C Lindberg   on behalf of Creditor   The Bank of New York Mellon... bankruptcy@fallaw.com
        Yanick Polycarpe   on behalf of Creditor   Chase Home Finance LLC ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                TOTAL: 11