# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FU, EUGENE                                          § Case No. 10-56006
                                                           §
                                                           §
Debtor(s)                                                  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,423,819.48                     Assets Exempt: $39,594.44
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,581.04         Claims Discharged
                                                    Without Payment: $1,379,939.44

Total Expenses of Administration: $30,476.05

---

   3) Total gross receipts of $ 76,057.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $76,057.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,476.05 | 30,476.05 | 30,476.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,991.40 | 4,991.40 | 3,221.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,420,529.08 | 1,420,529.08 | 42,359.64 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,455,996.53 | $1,455,996.53 | $76,057.09 |

4) This case was originally filed under Chapter 7 on December 20, 2010. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2012           By: /s/Ira Bodenstein
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| IBM Stock | 1129-000 | 1,900.00 |
| STOCK AND BUSINESS INTERESTS/4918 S. Indiana LLC | 1129-000 | 2,500.00 |
| NET RENTAL INCOME | 1122-000 | 71,652.46 |
| Interest Income | 1270-000 | 4.63 |
| **TOTAL GROSS RECEIPTS** | | **$76,057.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 7,052.85 | 7,052.85 | 7,052.85 |
| Shaw Gussis | 3110-000 | N/A | 13,411.00 | 13,411.00 | 13,411.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Shaw Gussis | 3120-000 | N/A | 115.43 | 115.43 | 115.43 |
| Popowcer Katten LTD | 3410-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| Illinois Farmers Insurance | 2420-000 | N/A | 585.07 | 585.07 | 585.07 |
| International Sureties, LTD | 2300-000 | N/A | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.25 | 127.25 | 127.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.95 | 90.95 | 90.95 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.37 | -3.37 | -3.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 137.60 | 137.60 | 137.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 132.74 | 132.74 | 132.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 146.20 | 146.20 | 146.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 145.25 | 145.25 | 145.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 163.27 | 163.27 | 163.27 |
| International Sureties,Ltd | 2300-000 | N/A | 60.00 | 60.00 | 60.00 |
| United States Treasury | 2810-000 | N/A | 4,649.00 | 4,649.00 | 4,649.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,219.00 | 2,219.00 | 2,219.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 145.30 | 145.30 | 145.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 138.51 | 138.51 | 138.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,476.05 | $30,476.05 | $30,476.05 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CITY OF CHICAGO-DEPT OF REVENUE | 5800-000 | N/A | 709.06 | 709.06 | 709.06 |
| 4 | CITY OF CHICAGO-DEPT OF REVENUE | 5800-000 | N/A | 742.34 | 742.34 | 742.34 |
| 7 | Lashawanda Rocquemore | 5800-000 | N/A | 1,770.00 | 1,770.00 | 0.00 |
| | Lashawanda Rocquemore | 5800-000 | N/A | 1,770.00 | 1,770.00 | 1,770.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,991.40 | $4,991.40 | $3,221.40 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Real Time Resolutions, Inc. | 7100-000 | N/A | 36,352.03 | 36,352.03 | 1,084.00 |
| 2 | Think Mutual Bank | 7100-000 | N/A | 6,477.12 | 6,477.12 | 193.15 |
| 5 -2 | Bridgeview Bank Group | 7100-000 | N/A | 1,376,388.62 | 1,376,388.62 | 41,043.38 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 977.05 | 977.05 | 29.14 |
| 8 | PYOD LLC its ,as assignee of Citibank, NA, | 7100-000 | N/A | 334.26 | 334.26 | 9.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,420,529.08 | $1,420,529.08 | $42,359.64 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-56006  
**Case Name:** FU, EUGENE  

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 12/20/10 (f)  
**§341(a) Meeting Date:** 02/08/11  

**Period Ending:** 08/10/12  
**Claims Bar Date:** 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | IBM Stock | 4,000.00 | 0.00 | | 1,900.00 | FA |
| 2 | 401 E. Ontario Street..Debtor's Homestead | 260,000.00 | 2,000.00 | DA | 0.00 | FA |
| 3 | 6751 S. Sangamon Street/ Investment Property | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 137 E.120th Street / Investment Property<br>    vacant lot with no interested buyers | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 5 | 6644 S. Winchester Ave./ Investment Property | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | 6208 S. Indiana/ Investment Property | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 4810 S. Indiana/ Investment Property | 80,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 5336 S. Wabash/ Investment Property | 95,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 4815 S. Wabash/Investment Property | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 4729 S. Langley Ave./Investment Property | 135,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | 3336 W. Evergreen Ave./Investment Property | 275,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | 5929 S. Prairie Ave./Investment Property | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | 7001 S. Wolcott Ave/Investment Property | 40,000.04 | 0.00 | OA | 0.00 | FA |
| 14 | 6348 S. Honore St.. Investment Property | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | 6402 S. Greenwood Ave./Investment Property | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | CASH ON HAND | 250.00 | 0.00 | DA | 0.00 | FA |
| 17 | BANK ACCOUNTS | 844.44 | 0.00 | DA | 0.00 | FA |
| 18 | HOUSEHOLD GOODS AND FURNISHINGS | 850.00 | 850.00 | DA | 0.00 | FA |
| 19 | BOOKS AND ART OBJECTS | 350.00 | 350.00 | DA | 0.00 | FA |
| 20 | WEARING APPAREL | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | FURS AND JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | FIREARMS AND HOBBY EQUIPMENT | 25.00 | 25.00 | DA | 0.00 | FA |
| 23 | Roth IRA | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | STOCK AND BUSINESS INTERESTS/Fu Consulting | Unknown | 0.00 | DA | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS/6402 S.<br>Greenwood L<br>   50% interest no value | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-56006  
**Case Name:** FU, EUGENE  
**Period Ending:** 08/10/12

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/20/10 (f)  
**§341(a) Meeting Date:** 02/08/11  
**Claims Bar Date:** 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | STOCK AND BUSINESS INTERESTS/4918 S. Indiana LLC<br>    Estate paid to abandon | 0.00 | 2,500.00 | OA | 2,500.00 | FA |
| 27 | STOCK AND BUSINESS INTERESTS/Bakari Sheng LLC<br>    dissolved entity | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | ACCOUNTS RECEIVABLE<br>    Uncollectible | 48,000.00 | 48,000.00 | DA | 0.00 | FA |
| 29 | NET RENTAL INCOME | Unknown | N/A | | 71,652.46 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.63 | FA |
| 30 | **Assets    Totals** (Excluding unknown values) | **$1,427,819.48** | **$58,725.00** | | **$76,057.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012        **Current Projected Date Of Final Report (TFR):**    June 4, 2012  (Actual)

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-56006 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | FU, EUGENE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******93-65 - Checking Account |
| Taxpayer ID #: | **-***5297 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/15/11 | {29} | Patria Property Management Co. | Net rents from scheduled real properties | 1122-000 | 11,696.84 | | 11,696.84 |
| 02/23/11 | | To Account #9200******9366 | Account Transfer - payment of Insurance Premiums | 9999-000 | | 2,066.83 | 9,630.01 |
| 02/25/11 | | From Account #9200******9366 | Account transfer-Check Voided | 9999-000 | 1,481.76 | | 11,111.77 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.04 | | 11,111.81 |
| 03/17/11 | {29} | Patria Property Management Co. | Net Rents for abandoned properties prorated to 2/8/2011 | 1122-000 | 437.30 | | 11,549.11 |
| 03/17/11 | {29} | Patria Property Management Co. | Net rents for February 2011 | 1122-000 | 7,783.65 | | 19,332.76 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.12 | | 19,332.88 |
| 04/21/11 | 1001 | International Sureties, LTD | one-half of bond premium | 2300-000 | | 10.00 | 19,322.88 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,323.03 |
| 05/02/11 | {29} | Patria Property Management Co. | Net rents for March 2011 | 1122-000 | 15,261.37 | | 34,584.40 |
| 05/03/11 | {1} | Eugene Fu | Non-exempt portion of IBM stock | 1129-000 | 1,900.00 | | 36,484.40 |
| 05/31/11 | {29} | Patria Property Management Co. | Net rents for April 2011 | 1122-000 | 6,360.91 | | 42,845.31 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 42,845.59 |
| 06/30/11 | {29} | Patria Property Management Co. | Net rents for May 2011 | 1122-000 | 6,336.29 | | 49,181.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 49,182.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.40 | | 49,182.62 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.95 | 49,091.67 |
| 08/03/11 | {26} | Bridgeview Bank Group | Funds received for abandonment of interest in 4918 South Indiana LLC | 1129-000 | 2,500.00 | | 51,591.67 |
| 08/17/11 | {29} | Patria Property Management Co. | Net rents for June 2011 | 1122-000 | 9,296.53 | | 60,888.20 |
| 08/30/11 | {29} | Patria Property Management Co. | Net rents for July 2011 | 1122-000 | 6,202.16 | | 67,090.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 67,090.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.25 | 66,963.56 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.37 | 66,966.93 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 66,967.47 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.60 | 66,829.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 66,830.42 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 132.74 | 66,697.68 |
| 11/04/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 66,697.72 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 66,698.21 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.20 | 66,552.01 |
| 12/14/11 | {29} | Patria Property Management Co. | Final Distribution of Net Rents for Months August-November | 1122-000 | 8,277.41 | | 74,829.42 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 74,830.02 |

Subtotals :     $77,538.22     $2,708.20

{} Asset reference(s)                                                                                              Printed: 08/10/2012 04:12 PM     V.13.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-56006  
**Case Name:** FU, EUGENE  
**Taxpayer ID #:** **-***5297  
**Period Ending:** 08/10/12  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.25 | 74,684.77 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.63 | | 74,685.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 163.27 | 74,522.13 |
| 02/06/12 | | To Account #9200******9366 | Account Transfer to pay pro-rata share of 2012 Bond Premium | 9999-000 | | 60.00 | 74,462.13 |
| 02/14/12 | 1002 | United States Treasury | 2011 Form 1041 EIN 38-6955297 | 2810-000 | | 4,649.00 | 69,813.13 |
| 02/14/12 | 1003 | Illinois Department of Revenue | Form IL 1041 EIN 38-6955297 | 2820-000 | | 2,219.00 | 67,594.13 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.30 | 67,448.83 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 138.51 | 67,310.32 |
| 07/14/12 | 1004 | Ira Bodenstein | | 2100-000 | | 7,052.85 | 60,257.47 |
| 07/14/12 | 1005 | Popowcer Katten LTD | | 3410-000 | | 1,150.00 | 59,107.47 |
| 07/14/12 | 1006 | Shaw Gussis | | 3110-000 | | 13,411.00 | 45,696.47 |
| 07/14/12 | 1007 | Shaw Gussis | | 3120-000 | | 115.43 | 45,581.04 |
| 07/14/12 | 1008 | CITY OF CHICAGO-DEPT OF REVENUE | | 5800-000 | | 709.06 | 44,871.98 |
| 07/14/12 | 1009 | CITY OF CHICAGO-DEPT OF REVENUE | | 5800-000 | | 742.34 | 44,129.64 |
| 07/14/12 | 1010 | Lashawanda Rocquemore | | 5800-000 | | 1,770.00 | 42,359.64 |
| 07/14/12 | 1011 | Real Time Resolutions, Inc. | | 7100-000 | | 1,084.00 | 41,275.64 |
| 07/14/12 | 1012 | Think Mutual Bank | | 7100-000 | | 193.15 | 41,082.49 |
| 07/14/12 | 1013 | Bridgeview Bank Group | | 7100-000 | | 41,043.38 | 39.11 |
| 07/14/12 | 1014 | American Express Centurion Bank | | 7100-000 | | 29.14 | 9.97 |
| 07/14/12 | 1015 | PYOD LLC its ,as assignee of Citibank, NA, | | 7100-000 | | 9.97 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 77,538.85 | 77,538.85 | $0.00 |
| Less: Bank Transfers | 1,481.76 | 2,126.83 | |
| **Subtotal** | 76,057.09 | 75,412.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$76,057.09** | **$75,412.02** | |

{} Asset reference(s)

Printed: 08/10/2012 04:12 PM    V.13.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-56006  
**Case Name:** FU, EUGENE  

**Taxpayer ID #:** **-***5297  
**Period Ending:** 08/10/12  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/11 | | From Account #9200******9365 | Account Transfer - payment of Insurance Premiums | 9999-000 | 2,066.83 | | 2,066.83 |
| 02/25/11 | | To Account #9200******9365 | Account transfer-Check Voided | 9999-000 | | 1,481.76 | 585.07 |
| 02/25/11 | 101 | Illinois Farmers Insurance | Premium for Policy 92584-47-30 Voided on 02/25/11 | 2420-000 | | 1,481.76 | -896.69 |
| 02/25/11 | 101 | Illinois Farmers Insurance | Premium for Policy 92584-47-30 Voided: check issued on 02/25/11 | 2420-000 | | -1,481.76 | 585.07 |
| 02/25/11 | 102 | Illinois Farmers Insurance | Payment of Insurance Premium Policy No. 92584-47-34 | 2420-000 | | 585.07 | 0.00 |
| 02/06/12 | | From Account #9200******9365 | Account Transfer to pay pro-rata share of 2012 Bond Premium | 9999-000 | 60.00 | | 60.00 |
| 02/07/12 | 103 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 60.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,126.83 | 2,126.83 | $0.00 |
| | | | Less: Bank Transfers | | 2,126.83 | 1,481.76 | |
| | | | **Subtotal** | | 0.00 | 645.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$645.07** | |

{} Asset reference(s)

Printed: 08/10/2012 04:12 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-56006
**Case Name:** FU, EUGENE

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******93-67 - Money Market Account

**Taxpayer ID #:** **-***5297
**Period Ending:** 08/10/12

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******93-65** | 76,057.09 | 75,412.02 | 0.00 |
| **Checking # 9200-******93-66** | 0.00 | 645.07 | 0.00 |
| **MMA # 9200-******93-67** | 0.00 | 0.00 | 0.00 |
| | $76,057.09 | $76,057.09 | $0.00 |